**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 163

**IP Address:** 68.132.224.27

**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | FAC320E937B3B75B1C0F4EE67D404ADA4D9BADA5 | Tushy | 05/16/2018 20:06:26 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 2 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/05/2017 00:53:43 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/10/2017 20:23:34 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/11/2017 23:17:26 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 5 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 08/16/2017 00:07:18 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 6 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/08/2017 00:57:52 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 7 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 03/05/2018 18:53:29 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 8 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/05/2018 03:18:17 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 9 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/25/2017 18:50:00 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 10 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | Blacked | 03/05/2018 18:56:29 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 11 | 0E375E71C9D654DC32B3C699D52FDDEC6945209E | Tushy | 04/03/2018 00:26:23 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 12 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 04/03/2018 00:38:29 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 13 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 04/03/2018 00:25:43 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 14 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/31/2017 05:13:55 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 15 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/11/2017 23:17:49 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 16 | 1562051A82BF38DF5A876319EF81058CD3571E80 | Tushy | 04/24/2018 02:30:08 | 04/11/2018 | 05/23/2018 | PA0002101305 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 178021C9DC2441D9E97B96296C98C30D055D9B56 | Vixen | 08/02/2017 21:17:14 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 18 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/16/2017 00:07:45 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 19 | 1A032CB38BB2AF87DAF2B239A1A17B6C713EBC26 | Blacked | 08/16/2017 00:13:44 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 20 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/27/2017 20:01:00 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 21 | 1B83E30B7921B70E296DF52B5D6F5A11EAB00707 | Vixen | 06/28/2017 23:15:51 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 22 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/25/2017 20:13:59 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 23 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/17/2018 23:25:20 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 24 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/10/2017 20:26:29 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 25 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/16/2018 20:04:29 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 26 | 1F11AA8DB1D64E7C980693CBD8C37407A6C3963C | Tushy | 03/05/2018 18:41:22 | 03/02/2018 | 03/15/2018 | 16490951027 |
| 27 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 11/18/2017 20:47:03 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 28 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/31/2017 06:24:05 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 29 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/27/2017 21:51:26 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 30 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/25/2017 20:11:53 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 31 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/13/2017 20:54:36 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 32 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/17/2018 23:25:10 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 33 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 03/05/2018 18:41:40 | 02/28/2018 | 03/15/2018 | 16490950592 |
| 34 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/11/2017 23:17:46 | 05/10/2017 | 06/22/2017 | PA0002039285 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | Blacked | 05/16/2018 20:01:19 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 36 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/03/2017 00:20:45 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 37 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 01/17/2018 23:33:42 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 38 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/16/2017 03:50:05 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 39 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/17/2018 23:37:24 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 40 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 02/05/2018 03:21:22 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 41 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 04/03/2018 00:31:02 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 42 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/25/2017 20:17:47 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 43 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/18/2017 20:47:34 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 44 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/02/2017 21:14:28 | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 45 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 05/16/2018 20:05:47 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 46 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 03/05/2018 18:55:24 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 47 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 03/05/2018 18:27:52 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 48 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/16/2017 03:41:54 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 49 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/05/2017 00:54:02 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 50 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/13/2017 20:50:04 | 09/28/2017 | 10/10/2017 | PA0002086160 |
| 51 | 3686A7DACD91AD65EA1FE01F6818B096CE493BB7 | Blacked | 12/31/2017 05:16:12 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 52 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/31/2017 05:19:18 | 12/27/2017 | 01/23/2018 | PA0002101754 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 12/05/2017 01:59:08 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 54 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 05/16/2018 20:09:40 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 55 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/25/2017 20:22:03 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 56 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 04/03/2018 00:32:22 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 57 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/05/2017 00:56:49 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 58 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 01/17/2018 23:34:19 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 59 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/18/2017 20:47:24 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 60 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/27/2017 21:52:03 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 61 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | Tushy | 03/05/2018 18:27:28 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 62 | 48FACB22E186B79A3559DF1240089673767DFC3E | Tushy | 12/31/2017 05:17:50 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 63 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/10/2017 20:25:32 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 64 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 06/28/2017 23:15:30 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 65 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 02/05/2018 03:16:47 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 66 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 11/03/2017 02:14:34 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 67 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/13/2017 20:50:49 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 68 | 4F475DC81BB74870E20469171FE844C097416D45 | Vixen | 04/24/2018 02:46:28 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 69 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/10/2017 20:31:29 | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 70 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 07/23/2017 21:39:47 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 04/03/2018 00:28:34 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 72 | 5554570156FC9CCD23D39D2946BF8EACB0F41F70 | Tushy | 06/08/2017 00:58:06 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 73 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/10/2017 20:17:01 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 74 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | Tushy | 03/05/2018 18:22:56 | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 75 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/19/2017 22:36:04 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 76 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | Tushy | 04/03/2018 00:26:10 | 03/17/2018 | 04/07/2018 | 16490992381 |
| 77 | 5F2F14843CCBE0F334A5904C3046D6785CA6C922 | Tushy | 01/17/2018 23:24:50 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 78 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 04/03/2018 00:44:43 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 79 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 08/02/2017 21:16:20 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 80 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/16/2017 00:12:35 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 81 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/16/2017 00:07:50 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 82 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/18/2017 20:42:07 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 83 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/16/2017 04:02:38 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 84 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 05/11/2017 23:18:43 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 85 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/23/2017 21:37:16 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 86 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/10/2017 20:27:14 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 87 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/02/2017 21:16:15 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 88 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/10/2017 20:14:34 | 09/03/2017 | 09/15/2017 | PA0002052851 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/10/2017 20:27:31 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 90 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/23/2017 21:37:26 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 91 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/23/2017 21:39:03 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 92 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/18/2017 20:43:55 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 93 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 05/25/2017 20:12:11 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 94 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 02/05/2018 03:17:47 | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 95 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | Vixen | 03/05/2018 18:43:39 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 96 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/31/2017 06:30:27 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 97 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/24/2018 02:36:09 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 98 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/13/2017 20:51:44 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 99 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 05/25/2017 20:07:08 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 100 | 8CA259425BD02187FC43DEFE7F68A2E4CB10EBFE | Tushy | 04/03/2018 00:25:25 | 03/07/2018 | 03/15/2018 | 16490950752 |
| 101 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 04/03/2018 00:31:59 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 102 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/10/2017 20:20:59 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 103 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/25/2017 18:43:12 | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 104 | 903E1741164D01F5FB16EAE8D38A6B29C4E2514F | Tushy | 05/16/2018 20:07:52 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 105 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/31/2017 05:17:43 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 106 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/16/2018 20:08:08 | 04/29/2018 | 05/19/2018 | 16665915497 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 11/03/2017 00:08:46 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 108 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/25/2017 18:52:03 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 109 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 04/24/2018 02:30:54 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 110 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | Blacked | 03/05/2018 18:54:19 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 111 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/19/2017 22:37:22 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 112 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 09/10/2017 20:14:52 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 113 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/25/2017 18:47:59 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 114 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/08/2017 00:59:29 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 115 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 03/05/2018 18:22:00 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 116 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/08/2017 01:03:50 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 117 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/19/2017 22:35:36 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 118 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/11/2017 23:17:34 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 119 | AF18C8AC770CCE98853B0E3CF02D558209F085F7 | Vixen | 01/17/2018 23:26:04 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 120 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/10/2017 20:26:10 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 121 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 11/03/2017 00:18:16 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 122 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/16/2017 03:52:28 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 123 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 04/24/2018 02:40:33 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 124 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 11/03/2017 00:09:00 | 10/23/2017 | 12/04/2017 | PA0002098018 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 125 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/10/2017 20:25:35 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 126 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 07/23/2017 21:45:20 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 127 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/31/2017 06:29:27 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 128 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 06/28/2017 23:15:28 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 129 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/31/2017 05:14:47 | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 130 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/24/2018 02:29:41 | 04/06/2018 | 05/19/2018 | 16665915351 |
| 131 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/08/2017 00:58:15 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 132 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/19/2017 22:36:05 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 133 | C7FDB4D8F863F6A8ED3A9B43299FD16C3911DC30 | Blacked Raw | 05/16/2018 20:02:42 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 134 | C8677DE82C7033CA6BDF6C2062C173F7401FFBE2 | Vixen | 02/05/2018 03:21:13 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 135 | C8B2764834D0EA655833CE2084BFA153880993D9 | Blacked | 04/03/2018 00:31:53 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 136 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/05/2017 00:57:52 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 137 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/23/2017 21:38:10 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 138 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 02/05/2018 03:21:31 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 139 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/19/2017 22:45:56 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 140 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | Tushy | 04/24/2018 02:29:05 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 141 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/19/2017 00:52:43 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 142 | CD697A3549A0F9C1A1B30D3FE01F50E6F82FA365 | Blacked | 04/24/2018 02:35:23 | 04/15/2018 | 05/23/2018 | PA0002101306 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 143 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | Tushy | 12/05/2017 00:59:31 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 144 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/13/2017 20:49:49 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 145 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 06/19/2017 22:45:24 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 146 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/03/2018 00:33:08 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 147 | DCD502ED09025BF60C90887175BEA55488E21911 | Tushy | 10/13/2017 20:52:39 | 10/13/2017 | 10/19/2017 | PA0002058299 |
| 148 | DDDE3C1E38BE459DA57A781AA618792652E406F3 | Vixen | 10/13/2017 20:53:14 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 149 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/16/2017 03:36:22 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 150 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/02/2017 21:14:20 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 151 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 12/05/2017 00:52:40 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 152 | E3EDEB068EFEC672F08F6D1B0A91619FCC9E5C53 | Tushy | 06/28/2017 23:14:47 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 153 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/13/2017 20:56:56 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 154 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/24/2018 02:35:42 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 155 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/16/2017 00:10:29 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 156 | E908502C7AD99DF5325459A01B9A589923906085 | Tushy | 11/03/2017 00:16:41 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 157 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 09/10/2017 21:10:09 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 158 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/10/2017 20:24:05 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 159 | ECD2CA0F3A6DF7EA0A2D4F861B45DCF93C8FC930 | Tushy | 03/05/2018 18:42:09 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 160 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 11/03/2017 00:20:08 | 10/21/2017 | 11/30/2017 | PA0002098006 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 161 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 11/03/2017 00:09:38 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 162 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/24/2018 02:30:24 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 163 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 11/03/2017 00:21:21 | 10/26/2017 | 12/04/2017 | PA0002098029 |